

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00827-CV

**DAVEN CORPORATION**,
Zalman Resources, Inc. and Sport Resources, Inc.,
Appellants/Cross-Appellees

v.

**TARH E&P HOLDINGS, L.P.**, Alexander Energy,
and James W. Alexander, Trustee of the James W. Alexander Living Trust,
Appellees/Cross-Appellants

From the 293rd Judicial District Court, Zavala County, Texas
Trial Court No. 10-11-12360-ZCV
Honorable Cynthia L. Muniz, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. It is ORDERED that appellees/cross-appellants TARH E&P Holdings, L.P., Alexander Energy, and James W. Alexander, Trustee of the James W. Alexander Living Trust, recover their costs of appeal from appellants/cross-appellees Daven Corporation, Zalman Resources, Inc., and Sport Resources, Inc.

SIGNED July 23, 2014.

_____
Rebeca C. Martinez, Justice